ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
-Bid Protest-

LINCOLN GROUP, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-672 C

FILED
SEP 26 2006
U.S. COURT OF FEDERAL CLAIMS

## COMPLAINT FOR DECLARATORY RELIEF

### Introduction

1. Plaintiff Lincoln Group, LLC ("Lincoln"), by undersigned counsel, hereby protests the failure of the Joint Contracting Command - Iraq/Afghanistan ("JCC-I/A"), acting through its Contracting Officer, Maj. Manuel F. Saenz, USAF, to obey the requirements of the Competition in Contracting Act ("CICA") and of the Federal Acquisition Regulation ("FAR"), by improperly and unlawfully overriding the automatic stay of performance imposed by statute and regulation of a contract to perform certain services for the military forces in Iraq, known as the Iraqi Advisory Task Force contract ("IQATF"), under SolicitationW91GER-06-R-0034 (the "Solicitation"). The stay of performance was required by law and regulation after Lincoln filed a post-award protest with the agency challenging award of the contract.

2. Lincoln's protest remains pending before the agency. Although CICA and the FAR permit JCC-I/A to proceed with performance (to "override the stay") upon a written finding by the appropriate official stating reasons why the rigorous criteria set forth in the law and regulation have been satisfied, here JCC-I/A has refused to disclose

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED
Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

whether any written determination complying with law and regulation exists. Upon information and belief, none exist, or alternatively, any written determinations that may exist fail to comply with requirements established by this Court, and are thus invalid and insufficient to save from illegality JCC-I/A's purported override of suspension.

3. By this filing, and the accompanying Motion for Emergency, Preliminary and Permanent Relief and for Expedited Treatment, Lincoln prays that this Court declare the override of suspension invalid, and by restoring suspension prevent JCC-I/A from continuing performance of the new contract, until it adjudicates Lincoln's agency protest.

Parties

4. Plaintiff Lincoln is a Maryland limited liability company whose headquarters office is located in Washington, D.C. Lincoln is engaged in the business of providing strategic communications and public relations services, particularly in challenging and hostile environments, and principally under contract to agencies of the United States and foreign Governments.

5. The defendant is the United States of America, through its Joint Contracting Command - Iraq/Afghanistan ("JCC-I/A"), Department of Defense.

Jurisdiction

6. Jurisdiction in this Court is based on the Tucker Act, 28 U.S.C. § 1491.

Factual Assertions

7. JCC-I/A issued the Solicitation on August 12, 2006. The Solicitation sought to procure professional public opinion survey, research and analysis services in the Republic of Iraq. Under the resulting contract, the Government is to place task orders for monthly services to be rendered over a two-year period. The maximum value of all

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

task orders was stated as $250 million. The Contracting Officer for this procurement was Maj. Manuel F. Saenz, USAF.

8. The Solicitation represents a new award to continue the provision of services to the military currently being performed under a predecessor contract by SyColeman Corporation.

9. After amendments, proposals were due on August 26, 2006, Baghdad time. Lincoln timely submitted a proposal in response to the Solicitation.

10. Lincoln was informed that it was not the successful offeror, and received a written debriefing by letter from the Contracting Officer dated September 8, 2006 (the "Debriefing Letter"), which was received by Lincoln on September 9. The letter stated that award was made to SOS International, Ltd. ("SOSI").

11. The Debriefing Letter stated that Lincoln's proposal had been excluded for consideration from award, for reasons that are not material for purposes of this suit, but that Lincoln believes are erroneous and do not comply with law and regulation. However, the Debriefing Letter revealed that Lincoln's proposal was likely materially more advantageous to the Government, had it been properly evaluated.

12. Therefore, Lincoln filed an agency protest against award to SOSI, pursuant to FAR § 33.103. Lincoln filed its protest with the Contracting Officer on September 14, 2006, Eastern Time, which was September 15, 2006, Baghdad time.

13. The merits of Lincoln's contentions that JCC-I/A violated law and regulation by excluding Lincoln's proposal are pending before the agency, and are not at issue in this action. However, Lincoln's protest demanded suspension of performance, pending resolution of the protest.

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

14. Upon information and belief, JCC-I/A made award to SOSI on September 8, 2006. Therefore, Lincoln filed its protest within ten days of award. Accordingly, the Contracting Officer was required to suspend performance pursuant to CICA, 31 U.S.C. § 3553(c), (d), and/or FAR § 33.103(f)(3).

15. The Contracting Officer furnished acknowledgment of receipt of Lincoln's protest, a copy of which is appended as Exhibit A. Although the Contracting Officer's mention of suspension is somewhat unclear, upon information and belief JCC-I/A did suspend performance by SOSI on or about September 15.

16. Upon information and belief, the contract awarded to SOSI calls for full performance to commence on or shortly after October 1, 2006.

17. Upon information and belief, the incumbent contractor on the predecessor contract to the IQATF award at issue in this case, SyColeman, Inc., stands ready and able to continue performance until JCC-I/A rules upon Lincoln's protest, and its contract contains the clause at FAR § 52.217-8 authorizing JCC-I/A to order continuation of services from SyColeman, Inc., for up to six months.

18. The statute and regulation permit the agency to proceed with performance (to "override the stay"), but only if "continued performance is justified, in writing, for urgent and compelling reasons or is determined, in writing, to be in the best interest of the Government. Such justification or determination shall be approved at a level above the contracting officer, or by another official pursuant to agency procedures." FAR § 33.103(f)(3).

19. On September 20, 2006, the Contracting Officer issued the "Notice of Continued Performance," attached as Exhibit B, informing Lincoln that JCC-I/A was overriding the suspension, pursuant to FAR § 33.103(f)(3).

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

20. Lincoln has repeatedly requested the written determinations, if any, supporting the Government's conclusion that "urgent and compelling reasons" exist, or that the "best interest of the Government" justifies continued performance. JCC-I/A has refused to disclose such determinations, if any exist, but has advised Lincoln that it should request copies of them under the Freedom of Information Act.

21. Upon information and belief, no such written determinations exist, or alternatively, any written determinations that may exist do not comply with law and regulation, and are legally insufficient to justify continued performance.

22. Unless JCC-I/A suspends performance by awardee SOSI pending resolution of Lincoln's agency protest, Lincoln will be harmed because, *inter alia,* JCC-I/A will be less willing to sustain its protest and/or order relief that would lead to award to Lincoln, so that Lincoln would become less likely to win award.

Count 1
<u>Violation of 31 U.S.C. § 3553</u>

23. Plaintiff Lincoln repeats and realleges paragraphs 1 through 22 as though set forth fully herein.

24. Defendant violated CICA, 31 U.S.C. § 3553(c), (d), acted unreasonably and arbitrarily, and abused its discretion, by overriding suspension of performance of the IQATF contract, and permitting SOSI to commence performance, prior to the time JCC-I/A resolves Lincoln's protest currently pending before that agency.

25. Plaintiff Lincoln demands the relief set forth in paragraphs 29-32.

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

Count 2
Violation of FAR § 33.103(f)

26. Plaintiff Lincoln repeats and realleges paragraphs 1 through 22 as though set forth fully herein.

27. Defendant violated controlling federal regulation, FAR § 33.103(f), acted unreasonably and arbitrarily, and abused its discretion, by overriding suspension of performance of the IQATF contract, and permitting SOSI to commence performance, prior to the time JCC-I/A resolves Lincoln's protest currently pending before that agency.

28. Plaintiff Lincoln demands the relief set forth in paragraphs 29-32.

Relief Requested

WHEREFORE, Plaintiff Lincoln respectfully requests a declaratory judgment against the United States of America, as follows:

29. Declaring that the action of JCC-I/A in overriding suspension of performance of the IQATF contract, and permitting SOSI to commence performance, prior to the time JCC-I/A resolves Lincoln's protest currently pending before that agency, to be unlawful, null and void in violation of CICA, 31 U.S.C. § 3553(c), (d), and/or controlling federal regulation, FAR § 33.103(f);

30. Declaring that the previous JCC-I/A direction to SOSI, suspending commencement of performance until such time as JCC-I/A shall have resolved Lincoln's protest currently pending before that agency, is restored to full force and effect;

31. Declaring Lincoln to be a prevailing party entitled to recovery of its attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412; and

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

32. Affording Lincoln such other and further relief as this Court may deem just, proper and necessary under the circumstances.

Respectfully submitted,

LINCOLN GROUP, LLC

By: Daniel S Koch

Daniel S. Koch
Member, Bar of this Court
PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG EIG & COOPER,
Chartered
4800 Hampden Lane, Seventh Floor
Bethesda, Maryland 20814
Tel: (301) 656-7603
Fax: (301) 654-7354

Dated: September 25, 2006

Counsel for Lincoln Group, LLC

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

JOINT CONTRACTING COMMAND-IRAQ/AFGHANISTAN
PARC-FORCES
BAGHDAD, IRAQ
APO AE 09342

16 September 2006

Paley Rothman Attorneys at Law
Attn: Mr. Daniel S. Koch
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814-2922

Subject: Protest Acknowledgement, Contract W91GER-06-D-0007

1. This letter serves as written and dated acknowledgement of your agency protest filed on 15 September 2006 in accordance with FAR 52.233-2, Service of Protest.

2. JCC-I/A will process the agency protest in accordance with FAR 33.103, Protest to the Agency, and Army FAR 5133.103 (d), Protest to the Agency.

3. Suspension of work conducted in accordance with FAR 52.233-4, Protest After Award.

4. Provide us with a redacted version of your agency protest.

5. Should you have any questions regarding this matter please contact the undersigned at manuel.saenz@iraq.centcom.mil.

MANUEL F. SAENZ, Maj, USAF
Contracting Officer

**Exhibit A**
to
Lincoln Group, LLC
v. United States
Filed September 26, 2006

JOINT CONTRACTING COMMAND-IRAQ/AFGHANISTAN
PARC-FORCES
BAGHDAD, IRAQ
APO AE 09342

20 September 2006

Paley Rothman Attorneys at Law
Attn: Mr. Daniel S. Koch
4800 Hampden Lane, 7th Floor
Bethesda, MD 20814-2922

Subject: Continued Performance, Contract W91GER-06-D-0007

1. This letter serves as notice that due to urgent and compelling reasons and in the best interests of the Government, The Principal Assistant Responsible for Contracting determined to continue performance in accordance with FAR 33.103 (f) (3).

2. Should you have any questions regarding this matter please contact the undersigned at manuel.saenz@iraq.centcom.mil.

MANUEL F. SAENZ, Maj, USAF
Contracting Officer

**Exhibit B**
to
Lincoln Group, LLC
v. United States
Filed September 26, 2006