ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
- Bid Protest -

| | |
|---|---|
| SYCOLEMAN, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | 06-672 C<br>No. 06-661 |

FILED
SEP 26 2006
U.S. COURT OF FEDERAL CLAIMS

# NOTICE OF RELATED CASE

Pursuant to RCFC 40.1, Lincoln Group, LLC serves notice that it is filing an action in this Court challenging the same award that is at issue in this case.

Respectfully submitted,

LINCOLN GROUP, LLC

By: Daniel S Koch

Daniel S. Koch
Member, Bar of this Court
PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG EIG & COOPER,
Chartered
4800 Hampden Lane, Seventh Floor
Bethesda, Maryland 20814
Tel: (301) 656-7603
Fax: (301) 654-7354

Dated: September 25, 2006

Counsel for Lincoln Group, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, my office dispatched copies of the foregoing pleading, with the complaint in the new action, by overnight delivery service for delivery September 26, all fees prepaid, to:

Alison L. Doyle, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Kathleen E. Karelis
Jenner & Block LLP
601 Thirteenth Street, N.W., Twelfth Floor
Washington, DC 20005

Michael O'Connell, Esq.
Department of Justice, Commercial Litigation Branch, Civil Division
1100 L Street, N.W., Suite 12062
Washington, DC 20530

Daniel S Koch

Daniel S. Koch