ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
- Bid Protest -

| | |
|---|---|
| LINCOLN GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-672 C |

FILED
SEP 26 2006
U.S. COURT OF FEDERAL CLAIMS

## DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Lincoln Group, LLC represents that no publicly held corporation owns any interest in Lincoln Group, LLC.

Respectfully submitted,

LINCOLN GROUP, LLC

By: Daniel S Koch

Daniel S. Koch
Member, Bar of this Court
PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG EIG & COOPER,
Chartered
4800 Hampden Lane, Seventh Floor
Bethesda, Maryland 20814
Tel: (301) 656-7603
Fax: (301) 654-7354

Dated: September 25, 2006

Counsel for Lincoln Group, LLC