ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
– Bid Protest –

LINCOLN GROUP, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-672 C

FILED
SEP 26 2006
U.S. COURT OF FEDERAL CLAIMS

## MOTION FOR EMERGENCY, PRELIMINARY AND PERMANENT RELIEF AND FOR EXPEDITED TREATMENT

Plaintiff Lincoln Group, LLC ("Lincoln"), by undersigned counsel, hereby moves for emergency, preliminary and permanent relief, pursuant to RCFC 65.

As is fully described in Lincoln's Memorandum in support of this motion, the Joint Contracting Command - Iraq/Afghanistan ("JCC-I/A"), has disregarded the requirements of the Competition in Contracting Act ("CICA") and of the Federal Acquisition Regulation, by improperly and unlawfully overriding the automatic stay of performance imposed by statute and regulation upon commencement of performance for its Iraqi Advisory Task Force contract. The stay of performance was required by law and regulation after Lincoln filed a post-award protest with the agency challenging award of the contract.

Lincoln's protest remains pending before JCC-I/A. Although CICA and the FAR permit the agency to proceed with performance (to "override the stay") upon a written finding by the appropriate official, here JCC-I/A has refused to disclose whether any written determination complying with law and regulation exists. Upon information and belief, none exist, or alternatively, any written determinations that may exist fail to

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

comply with requirements established by this Court, and are thus invalid and insufficient to save from illegality JCC-I/A's purported override of suspension.

Therefore, Lincoln asks that this Court declare unlawful the action of JCC-I/A in overriding suspension of performance of the IQATF contract, and to require JCC-I/A to prevent awardee from commencing performance prior to the time JCC-I/A resolves Lincoln's protest currently pending before it.

Finally, since the relief Lincoln seeks in this action would last no longer than when JCC-I/A issues its decision on the bid protest, which regulation requires to occur no later than 35 days from September 15, 2006, *i.e.*, by October 20, 2006, Lincoln respectfully requests that this Court hold only one consolidated hearing on emergency, preliminary and permanent relief, and that Lincoln's motion be heard on an emergency basis, as soon as possible during the week of September 25.

WHEREFORE, Plaintiff Lincoln respectfully requests that the Court grant Lincoln the emergency relief requested, and that proceedings be expedited. A memorandum in support of the motion will be filed electronically tomorrow, and a proposed form of order is appended.

Respectfully submitted,

LINCOLN GROUP, LLC

By: Daniel S. Koch

Daniel S. Koch
Member, Bar of this Court
PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG EIG & COOPER,
Chartered
4800 Hampden Lane, Seventh Floor
Bethesda, Maryland 20814
Tel: (301) 656-7603
Fax: (301) 652-5312
Counsel for Lincoln Group, LLC

Dated: September 25, 2006

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
– Bid Protest –

LINCOLN GROUP, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. ____________

## ORDER FOR DECLARATORY JUDGMENT

UPON CONSIDERATION of the Motion for Emergency, Preliminary and Permanent Relief and for Expedited Treatment filed by Plaintiff Lincoln Group, LLC ("Lincoln"), of the memorandum in support of the Motion, and of any opposition thereto filed by Defendant, on behalf of the Joint Contracting Command - Iraq/Afghanistan ("JCC-I/A"), Department of Defense; and this matter having come before this Court on September __, 2006; and the Court having concluded that if emergency relief is not issued, Lincoln will be irreparably harmed and substantial injustice would result; it is hereby

ORDERED that the Motion be and is hereby GRANTED, as of ____:____ a.m./p.m. on this ____ day of September 2006, and that this Order shall constitute the Judgment of this Court in favor of Lincoln; and it is further

ORDERED that the action of JCC-I/A in purporting to permit performance by its awardee for the Iraqi Advisory Task Force contract, under

SolicitationW91GER-06-R-0034, prior to the time JCC-I/A resolves Lincoln's protest currently pending before that agency, stands in violation of CICA, 31 U.S.C. § 3553(c), (d), and/or controlling federal regulation, FAR § 33.103(f), and shall be and is hereby DECLARED unlawful, null, void and of no effect; and it is further

ORDERED that the previous JCC-I/A direction to awardee, suspending commencement of performance until such time as JCC-I/A shall have resolved Lincoln's protest currently pending before that agency, is DECLARED to be restored to full force and effect; and it is further

ORDERED, that this Order shall continue in force and effect until JCC-I/A decides Lincoln's bid protest, currently pending before that agency, unless sooner modified or dissolved, or extended, by subsequent order of Court; and it is further

ORDERED, that this Court shall retain jurisdiction for ten calendar days after JCC-I/A shall have decided Lincoln's bid protest, to consider any related matters that may arise during that time period; and it is further

ORDERED, that Lincoln shall be deemed to be a prevailing party entitled to recovery of its attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, and shall submit its application therefor no later than twenty (20) days after the date of this Order.

______________________________

Judge, United States Court of Federal Claims

Dated: ______________