IN THE UNITED STATES COURT OF FEDERAL CLAIMS

– Bid Protest –

| | |
|---|---|
| LINCOLN GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-CV-672 |

## EXHIBIT 1

TO

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EMERGENCY, PRELIMINARY AND PERMANENT RELIEF AND FOR EXPEDITED TREATMENT

## DECLARATION OF WILLIAM EDGAR MORRIS

PALEY, ROTHMAN,
GOLDSTEIN,
ROSENBERG,
EIG & COOPER
CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
– Bid Protest –

| | |
|---|---|
| **LINCOLN GROUP, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES**,<br><br>Defendant. | No. 06-CV-672 |

## DECLARATION OF WILLIAM EDGAR MORRIS

WILLIAM EDGAR MORRIS, being duly sworn, deposes and states:

1. I am Chief Financial Officer of protester Lincoln Group, LLC ("Lincoln"). I make this Declaration in support of Lincoln's lawsuit to be filed in the Court of Federal Claims on September 26, 2006. I make this Declaration based upon personal knowledge. I am competent to testify about the contents of this Declaration.

2. Lincoln is a Maryland limited liability company, whose headquarters office is located in Washington, D.C. Lincoln is engaged in the business of providing strategic communications and public relations services, particularly in challenging and hostile environments, and principally under contract to agencies of the United States and foreign Governments.

3. The Joint Contracting Command - Iraq/Afghanistan ("JCC-I/A") issued solicitation W91GER-06-R-0034 (the "Solicitation") on August 12, 2006. The Solicitation sought to procure professional public opinion survey, research and analysis services in the Republic of Iraq. The Solicitation states that under the resulting contract, the Government is to place task orders for monthly services to be rendered over a two-year period. The maximum value of all task orders was stated as $250 million. The Contracting Officer for this procurement was Maj. Manuel F. Saenz, USAF. The Solicitation represents a new award to continue the provision of services to the military currently being performed under a predecessor contract by SyColeman Corporation.

4. After amendments, proposals were due on August 26, 2006, Baghdad time. Lincoln timely submitted a proposal in response to the Solicitation. Lincoln was informed that it was not the successful offeror, and received a written debriefing by letter from the Contracting Officer dated September 8, 2006 (the "Debriefing Letter"), which was received by Lincoln on September 9. The letter stated that award was made to SOS International, Ltd. ("SOSI").

5. The Debriefing Letter stated that Lincoln's proposal had been excluded for consideration from award, for reasons that are not material to this suit, but that Lincoln believes are erroneous and do not comply with law and regulation. However, the Debriefing Letter revealed that Lincoln's proposal was likely materially more advantageous to the Government, had it been properly evaluated. Therefore, Lincoln filed an agency protest against award to SOSI, pursuant to FAR § 33.103, with the Contracting Officer on September 14, 2006, Eastern Time, which was September 15, 2006, Baghdad time.

6. Lincoln's protest demanded suspension of performance, pending resolution of the protest. Upon information and belief, JCC-I/A made award to SOSI on September 8, 2006. Therefore, Lincoln filed its protest within ten days of award. Although the Contracting Officer's acknowledgment of the protest is somewhat unclear, upon information and belief JCC-I/A did suspend performance by SOSI on or about September 15.

7. Upon information and belief, the contract awarded to SOSI calls for full performance to commence on or shortly after October 1, 2006. Upon information and belief, the incumbent contractor on the predecessor contract to the IQATF award at issue in this case, SYColeman Corp., stands ready and able to continue performance until JCC-I/A rules upon Lincoln's protest, and its contract contains the clause at FAR § 52.217-8 authorizing JCC-I/A to order continuation of services from SYColeman Corp., for up to six months.

8. Unless JCC-I/A suspends performance by awardee SOSI pending resolution of Lincoln's agency protest, Lincoln will be harmed because, for example, JCC-I/A will be less willing to sustain its protest and/or order relief that would lead to award to Lincoln, so that Lincoln would become less likely to win award.

WILLIAM EDGAR MORRIS

Subscribed and sworn to before me
this 26th day of September, 2006.

Notary Public
My Commission Expires ____________________.

Noor Hassan
Notary Public, District of Columbia
My Commission Expires 11-30-2009