IN THE UNITED STATES COURT OF FEDERAL CLAIMS
- Bid Protest -

| | |
|---|---|
| LINCOLN GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-CV-672 |

# EXHIBIT 3

TO

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EMERGENCY, PRELIMINARY AND PERMANENT RELIEF AND FOR EXPEDITED TREATMENT

## CORRESPONDENCE WITH JCC-I/A

Re: Disclosure of determinations and findings in support of override of suspension

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED

Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354

**Dan Koch**

---

**From:** Caine, James LTCOL JCCI [James.Caine@pco-iraq.net]
**Sent:** Friday, September 22, 2006 11:16 PM
**To:** Dan Koch
**Subject:** RE: [U] FW: Continue Performance

I am not required to provide you these documents, nor do I intend to do so – you may certainly file a request for anything you would like under the Freedom of Information Act or pursue any legal right you think is in your client's best interests. I will be happy to discuss case with you.

JAMES C. CAINE
Lt Col, USAFR
Command Judge Advocate
Joint Contracting Command - Iraq/Afghanistan
DOS/JCCIA-JAG
APO AE 09316
Preferred Commercial: 1-703-544-6515 (via satellite)
DSN: 318-239-8526
Email: james.caine@pco-iraq.net

---

**From:** Dan Koch [mailto:dkoch@paleyrothman.com]
**Sent:** Saturday, September 23, 2006 2:26 AM
**To:** Caine, James LTCOL JCCI
**Subject:** RE: [U] FW: Continue Performance

Lt. Col. James Caine -- thank you for your mail.

As of this date, we do not know the subject, basis for, or result of the hearing in the Court of Federal Claims on the action brought by SYColeman challenging this award. Therefore, Lincoln Group is still considering an action in the U.S. Court of Federal Claims challenging the validity of the Notice of Performance.

Please provide any determinations and findings in support of the Notice of Performance, and any approvals thereof by other officials, or confirm that none were prepared.

Thank you,

Dan Koch

Daniel S. Koch, Esq.
Paley Rothman
(301) 951-9371 direct dial
DKoch@PaleyRothman.com

CONFIDENTIALITY NOTICE: This e-mail is from the law firm Paley Rothman and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you properly

received this e-mail as a client, co-counsel or retained expert of Paley Rothman, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

**From:** Caine, James LTCOL JCCI [mailto:James.Caine@pco-iraq.net]
**Sent:** Wednesday, September 20, 2006 11:36 PM
**To:** Dan Koch
**Cc:** Saenz Manuel F MAJ MNF-I JCC Contracting Officer
**Subject:** FW: [U] FW: Continue Performance
**Importance:** High

Please contact me for all requests relative to this protest and any other matter in which you as an attorney feel you need to make contact with anyone at JCC-IA. You should consider JCC-IA as represented by counsel. VR Jim Caine

JAMES C. CAINE
Lt Col, USAFR
Command Judge Advocate
Joint Contracting Command - Iraq/Afghanistan
DOS/JCCIA-JAG
APO AE 09316
Preferred Commercial: 1-703-544-6515 (via satellite)
DSN: 318-239-8526
Email: james.caine@pco-iraq.net

---

**From:** Saenz Manuel F MAJ MNF-I JCC Contracting Officer [mailto:manuel.saenz@iraq.centcom.mil]
**Sent:** Thursday, September 21, 2006 12:03 AM
**To:** DeDecker, Craig LTC; Richardson Renee M LtCol MNC-I PARC Forces Chief Contracting; Caine, James LTCOL JCCI; Ijames, Ruth A. JCC
**Subject:** [U] FW: Continue Performance
**Importance:** High

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
Lt Col Caine,

The Lincoln Group attorney is requesting additional information regarding our decision to Proceed in the Face of the Protest.

Can I provide him this information? Should I provide him this information? Should we require them to follow-up through FOIA?

Ruth Anne, What is the status of your review?

V/R

Manny

MANUEL F. SAENZ, Maj, USAF
Contracting Officer
Multi-National Forces-Iraq (MNF-I)
Joint Contracting Command-Iraq/Afghanistan (JCC-I/A)
Principal Assistant Responsible For Contracting-Forces (PARC-F)
DSN: 318-822-3218
Commercial (732) 427-0566, ex. 3081

Email: manuel.saenz@iraq.centcom.mil

**Classification:** UNCLASSIFIED//FOR OFFICIAL USE ONLY
If this e-mail is marked FOR OFFICIAL USE ONLY it may be exempt from mandatory disclosure under FOIA. DoD 5400.7R, "DoD Freedom of Information Act Program", DoD Directive 5230.9, "Clearance of DoD Information for Public Release", and DoD Instruction 5230.29, "Security and Policy Review of DoD Information for Public Release" apply.

---

**From:** Dan Koch [mailto:dkoch@paleyrothman.com]
**Sent:** Wednesday, September 20, 2006 8:49 PM
**To:** Saenz Manuel F MAJ MNF-I JCC Contracting Officer
**Subject:** RE: Continue Performance

Maj. Saenz-- Re: Continuation of Performance:

1. Please provide any determinations and findings in support of the Notice of Performance that were entered contemporaneously with it, and any approvals thereof by other officials, or confirm that none were prepared.

2. Please state date of award; last date on which the incumbent under the previous contract provided services; which firm, if any, provided services during suspension September 15-19; first date, if any, on which awardee did or will commence performance; and extent to which awardee will be retaining incumbent's staff, to the extent your office is aware.

3. Upon receipt of your response, protester Lincoln Group, LLC, will make its final decision as to whether to proceed with an action in the U.S. Court of Federal Claims, challenging the validity of the Notice of Performance. Please advise whether JCC will voluntarily delay performance by awardee through close of business Friday, September 22, 2006 ET, to permit review of your response and time for filing.

Thank you in advance for your response.

Dan Koch

Daniel S. Koch, Esq.
Paley Rothman
(301) 951-9371 direct dial
DKoch@PaleyRothman.com

CONFIDENTIALITY NOTICE: This e-mail is from the law firm Paley Rothman and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you properly received this e-mail as a client, co-counsel or retained expert of Paley Rothman, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

**From:** Saenz Manuel F MAJ MNF-I JCC Contracting Officer [mailto:manuel.saenz@iraq.centcom.mil]

**Sent:** Wednesday, September 20, 2006 12:27 AM
**To:** Dan Koch
**Subject:** Continue Performance

Sir,

Attached is a Notice of Continued Performance.

V/R

MANUEL F. SAENZ, Maj, USAF
Contracting Officer
Multi-National Forces-Iraq (MNF-I)
Joint Contracting Command-Iraq/Afghanistan (JCC-I/A)
Principal Assistant Responsible For Contracting-Forces (PARC-F)
DSN: 318-822-3218
Commercial (732) 427-0566, ex. 3081
Email: manuel.saenz@iraq.centcom.mil