**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**-Bid Protest-**

| | |
|---|---|
| LINCOLN GROUP, LLC ) | |
| ) | |
| Plaintiff, ) | No. 06-672C |
| ) | |
| v. ) | Judge Mary Ellen Coster Williams |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John H. Roberson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., Room 10118
United States Department of Justice
Washington, D.C. 20530

Dated: September 26, 2006

/s/ John H. Roberson

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 353-7972
Fax: (202) 514-8640

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2006, a copy of the foregoing "Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

________/s/ John Roberson___________
JOHN ROBERSON