**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**-Bid Protest-**

| | | |
|---|---|---|
| LINCOLN GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-672C |
| | ) | |
| v. | ) | Judge Mary Ellen Coster Williams |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF FILING OF DETERMINATION AND FINDINGS

Pursuant to the Court's request, defendant, the United States, respectfully submits the "Joint Contracting Command – Iraq/Afghanistan, Agency Protest of Award of Contract W91GER-06-D-0007, Determination and Findings for Authority to Proceed Notwithstanding Protest," which is annexed hereto as Exhibit A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Harold D. Lester, Jr. by William Ryan
HAROLD D. LESTER, JR.
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

Dated: September 26, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2006, a copy of the foregoing "Notice of Filing of Determination and Findings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

/s/ John Roberson
JOHN ROBERSON

**Protected information to be disclosed only in accordance with**
**U.S. Court of Federal Claims Protective Order**