# JOINT CONTRACTING COMMAND – IRAQ/AFGHANISTAN

## AGENCY PROTEST OF AWARD OF CONTRACT W91GER-06-D-0007

## DETERMINATION AND FINDINGS FOR AUTHORITY TO PROCEED NOTWITHSTANDING PROTEST

## FINDINGS

1. On 08 September 2006, JCC-I/A PARC-Forces completed a competitive source selection among five offerors and awarded SOS International, Ltd. (SOSi) contract W91GER-06-D-0007, via a best value determination for Iraqi Advisory Task Force (IQ/ATF) Technical Support Services. JCC-I/A PARC-Forces subsequently and immediately issued Task Order 0001 on 8 September 2006 in an amount of for $17,860,000 to the contractor to begin mobilization over the period 08 September 2006 through 07 October 2006.

2. The contractor has started mobilization. As of 15 September 2006, the contractor has mobilized many key assets and personnel, made decisions and committed resources based on coordinating actions with the contracting officer's representative and the contracting officer. The contractor's mobilization is in full swing to fully accommodate the arrival of IQ/ATF personnel. This is a lengthy process involving recruiting IQ/ATF Personnel with the appropriate qualification, obtaining the proper security clearances, providing required training and processing through Combat Readiness Centers. This process can take up to two months.

3. Lincoln Group, LLC (Lincoln) protested the award decision on 14 September 2006 and it was received by the Contracting Officer on 15 September 2006. In response to the protest, the Government suspended contractor performance on 15 September 2006. Based upon the criteria set for in FAR 33.103(f)(3) the Government has determined that unusual and compelling circumstances exist and it is in the Government's best interest to require continued performance notwithstanding this protest.

4. The automatic stay of performance is not intended to be a determination of the merits of the protest. If the automatic stay is allowed to remain in place until the Agency renders a decision on the merits of the protest, the performance of the contract could potentially be delayed for 35 days which would significantly and negatively impact the mission.

5. Continued performance on contract W91GER-06-D-0007 are required due to urgent and compelling reasons. IQ/ATF personnel perform critical technical services which in the absence of the services could potentially expose Coalition personnel and Iraqi citizens to lethal consequences. Specifically, the IQ/ATF personnel gather information, conduct analysis and provide timely solutions and advice regarding cultural, religious, political, economic, public perceptions, tribal issues plus garner sources of information for other potentially newsworthy trends and events. This atmospheric information provides commanders and staff with a degree of situational awareness that might not otherwise be provided. In order for Commanders to be able to recognize, react and apply appropriate resources to the issues and

events confronting Iraqi citizenry, the services are required. This is especially critical at this point due to the current on-going kinetic operations in Baghdad. IQ/ATF personnel are currently providing atmospheric information to Commanders in the field providing them with the situational awareness to make critical decisions.

6. Currently the services are provided by SY Coleman under task order DASG62-99-D-0004-0004. The period of performance of the contract is completed on 30 September 2006. Upon award of contract W91GER-06-D-0007 and task order W91GER-06-D-0007-0001, SY Coleman has started steps towards demobilization and transition of services to SOSi. Accordingly, SY Coleman has demobilized some personnel replaced by some SOSi personnel. If the Government were required to maintain a work stoppage of SOSi and take steps to extend SY Coleman's performance under DASG62-99-D-0004-0004 it is unlikely that SY Coleman would be able to redeploy assets in a manner that ensure continuity of these critical services. Additionally, given that SY Coleman's task order DASG62-99-D-0004-0004 is completed on 30 September 2006 plus the mobilization efforts are extensive, the only firm that is capable of performing the required IQ/ATF services is SOSi since they have collected information and coordinated activities to ensure continued performance. Based upon this it is under urgent and compelling circumstances that the Government continues performance of contract W91GER-06-D-0007, as SOSi is the only contractor that has initiated the steps necessary to successfully mobilize by 01 October 2006 and ensure that IQ/ATF services are continued.

7. Additionally, it is in best interests of the Government to continue performance. The costs under task order DASG62-99-D-0004-0004 are approximately $651,000.00 per IQ/ATF personnel per year; equating to approximately $1,783.56 per person per day. Therefore, the total for a one-month extension for 55 IQ/ATF Personnel is $2,942,874.00. The costs under the new contract, W91GER-06-D-0007, are approximately $355,656.93 per IQ/ATF personnel per year; equating to approximately $974.40 per person per day. Therefore, the total cost under the new contract for the same one-month period and the same number of personnel is $1,607,760.00. The Government would save approximately $1,335,114.00 per one-month period. By not continuing performance under contract W91GER-06-D-0007 the Government will pay in excess of 83% more in costs. Additionally, the current task order is a cost reimbursable effort suitable for use only when uncertainties involved with contract performance do not permit costs to be estimated with sufficient accuracy to use any type of fixed-price contract. Further, appropriate Government surveillance is necessary during performance of a cost reimbursable contract to provide reasonable assurance that efficient methods and effective cost controls are used. This places significant cost and performance risk on the Government. By continuing performance under the new contract, the Government will quickly take advantage of a firm-fixed price contract. This new firm-fixed price contract provides for prices that are not subject to any adjustment on the basis of the contractor's cost experience in performing the contract. The new effort places upon the contractor maximum risk and full responsibility for all costs and resulting profit or loss. It provides maximum incentive for the contractor to control costs and perform effectively and imposes a minimum administrative burden upon the Government. It is clearly in the Government's interest to continue performance of W91GER-06-D-0007 notwithstanding this agency protest.

7. The harm to the Government, Coalition partners and Iraq would be irreparable if the override is not granted. No other option is available to the Government to ensure continuity of these critical services. SOSi is the only contractor capable of providing the urgent and compelling services when required. If no override is granted, continuity and the provision of critical situational information would be lost and remain unknown to Commanders and their staff. Additionally, funding to extend and reestablish the services under task order DASG62-99-D-0004-0004 does not currently exist and the reestablishment of services under this task order would most likely result in some, at least temporary degradation of services; this is unacceptable to the Government. Based upon this, unusual and compelling circumstances exist and it is in the Government's best interest to extend the current requirement.

**DETERMINATION**

Upon the basis of the preceding findings, I, LTC Craig A. De Decker, Principal Assistant Responsible for Contracting-Forces, Joint Contracting Command – Iraq/Afghanistan, have determined that performance of W91GER-06-D-0007, awarded to SOS International, Ltd. (SOSi) on 8 September 2006 should be authorized to proceed in the face of an Agency protest filed by Lincoln Group, LLC (Lincoln). The contract is an Indefinite Delivery/Indefinite Quantity (ID/IQ) Iraqi Advisory Task Force (IQ/ATF) Services with a 2 year ordering period and maximum ordering amount of $250,000,000.

CRAIG A. DE DECKER
LTC, IN
Principal Assistant Responsible for
Contracting-Forces

18 SEP 06
DATE