# In the United States Court of Federal Claims

**No. 06-672C**
**(Filed September 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LINCOLN GROUP, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**SOS INTERNATIONAL LTD.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING MOTION TO INTERVENE

---

On September 26, 2006, SOS International Ltd. (SOSi) (Awardee) made an oral motion during a telephonic status conference pursuant to Rule 24 of the Rules of the United States Court of Federal Claims (RCFC) to intervene in this action to oppose Plaintiff's bid protest filed on September 26, 2006. Plaintiff and Defendant did not oppose this motion. Under RCFC 24(a)(2), intervention shall be granted as a matter of right if "the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." Because the contract awarded to Awardee is the subject of this protest, Awardee has a definite interest in any determination in this proceeding and its interest is not adequately represented by the existing parties. As such, intervention of right is appropriate. Good cause having been shown, this motion was **GRANTED** during the telephonic status conference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**