**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**-Bid Protest-**

| | |
|---|---|
| LINCOLN GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-672C<br><br>Judge Mary Ellen Coster Williams |

NOTICE OF FILING OF BID PROTEST DECISION

Pursuant to the Court's request, defendant, the United States, respectfully submits the decision of the Joint Contracting Command – Iraq/Afghanistan denying the bid protest of plaintiff, Lincoln Group, LLC. The decision is annexed hereto as Exhibit A, and is subject to the Court's protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Harold D. Lester, Jr. by William Ryan
HAROLD D. LESTER, JR.
Assistant Director

**Protected information to be disclosed only in accordance with U.S. Court of Federal Claims Protective Order**

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

Dated: September 27, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2006, a copy of the foregoing "Notice of Filing of Bid Protest Decision" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

________/s/ John Roberson___________
JOHN ROBERSON