**JOINT CONTRACTING COMMAND-IRAQ/AFGHANISTAN**

JCC-I/A-R 27 September 2006

Lincoln Group
801 Pennsylvania Avenue N.W.
Washington D.C. 2004

Dear Sir,

On 14 Sep 2006, Lincoln Group, LLC, protested the award by the Joint Contracting Command-Iraq/Afghanistan of the contract for the Iraqi Advisory Task Force, under solicitation W91GER-06-R-0034 to SOS International. Lincoln Group requested "an independent review of the protest at a level above the contracting officer, by an official who has not had previous personal involvement in the procurement, pursuant to FAR 33.103(d)(4). The Head of the Contracting Agency appointed Ms. Ruth Ijames, Policy Section, Office of the Principal Assistant Responsible for Contracting to conduct the independent review. Ms. Ijames had no previous knowledge of, nor involvement in the subject source selection.

Each of the Lincoln Group's allegations is summarized below, followed by the independent reviewer's findings.

- **By excluding Lincoln Group's proposal from evaluation, the Government did not evaluate its proposal in accordance with the solicitation.**

The independent reviewer determined that the Government evaluated Lincoln Group for technical capability and determined it to be "Acceptable." Lincoln Group was then evaluated for past performance and received a rating of "Confidence." An analysis of Lincoln Group's proposed price was also conducted. The source selection authority determined that price was, "not determinable; not able to fully evaluate due to Lincoln Group's assumptions." The independent review found that the source selection authority did evaluate its proposal in accordance with the solicitation and found no merit with this allegation.

- **The Government acted arbitrarily and unreasonably by neither asking Lincoln Group for clarification about its price proposal, nor conducting discussions, because Lincoln Group's proposal offered a cost savings of almost $35 million, and would have represented the best value to the Government.**

The independent reviewer determined that the source selection authority appropriately used his discretionary judgment to award without discussions in accordance with the terms of the solicitation.

- **The Government acted arbitrarily and unreasonably in excluding Lincoln Group's price proposal from evaluation, because even assuming that Lincoln Group's proposal contained qualifications that might have raised its price above the evaluation price, any increases would have been minimal, so that lower-priced proposal would still have represented the best value.**

The independent reviewer determined that the price was evaluated in accordance with the terms of the solicitation. She also determined that since Lincoln Group's proposal did not appear to be a firm commitment of price, it could not be considered for award without opening discussions. She explained that the proposals were evaluated on a "best value" continuum in accordance with FAR 15.101. All areas of Lincoln Group's proposal were evaluated. She determined that the source selection authority did **not** act in an arbitrary and capricious manner in choosing not to open discussions with the offerors. This was within his judgment.

- **The Government arbitrarily and unreasonably assigned Lincoln Group a past performance rating of "Confidence" rather than "Highly Confidence."**

The independent reviewer determined that based on a comparison of the past performance provided by the offeror to the requirement of the solicitation, the evaluators, in accordance with the solicitation, made an integrated assessment of the relevance and references of the past performance and assigned a reasonable overall rating of "Confidence." She concluded that there was no indication that the protestor was assigned either a better or worse rating than it merited.

In conclusion, the independent reviewer concurred with the source selection authority's decision and did not find that any error of law was made by the source selection authority in reaching his decision not to open discussions. She also determined that his actions were not arbitrary or capricious. Based on the findings of the independent review, this protest is hereby denied.

Renee M Richardson

RENEE M. RICHARDSON
Lieutenant Colonel, U.S. Air Force
Chief, Specialized Contracts Division