IN THE UNITED STATES COURT OF FEDERAL CLAIMS
– Bid Protest –

| | |
|---|---|
| LINCOLN GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | THIS DOCUMENT FILED ELECTRONICALLY<br><br>No. 06-CV-672 |

NOTICE

Plaintiff Lincoln Group, LLC ("Lincoln") continues to believe that the Joint Contracting Command - Iraq/Afghanistan ("JCC-I/A"), disregarded the requirements of the Competition in Contracting Act ("CICA") and/or the Federal Acquisition Regulation, by failing to disclose to Lincoln its determinations and findings supporting its override of the automatic stay of performance imposed by statute and regulation, after Lincoln filed its post-award protest with the agency challenging award of the contract; and that the violation was not mooted by JCC-I/A's subsequent denial of the protest. Nevertheless, the type and extent of harm to Lincoln from the alleged violation, and the availability of an appropriate remedy, are uncertain.

Therefore, Lincoln hereby informs this Court that it will not pursue this aspect of its action, by way of amended complaint or otherwise.

Respectfully submitted,
LINCOLN GROUP, LLC

By: Daniel S. Koch

Daniel S. Koch
Member, Bar of this Court
PALEY ROTHMAN
4800 Hampden Lane, Seventh Floor
Bethesda, Maryland 20814
Tel: (301) 656-7603
Fax: (301) 652-5312
Counsel for Lincoln Group, LLC

Dated: October 6, 2006

PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG, EIG & COOPER CHARTERED
Seventh Floor
4800 Hampden Lane
Bethesda, MD 20814
Phone (301) 656-7603
Fax (301) 654-7354