# In the United States Court of Federal Claims

**No. 06-672C**
**(Filed October 13, 2006)**
**(Bid Protest)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LINCOLN GROUP, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant,**

**and**

**SOS INTERNATIONAL, LTD.,**

**Intervenor.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

WILLIAMS, Judge.

On August 12, 2006, the Joint Contracting Command-Iraq/Afghanistan (JCC) issued solicitation number W91GER-06-R-0034 for professional survey, research and analysis services in the Republic of Iraq. On September 8, 2006, the JCC awarded the contract to SOS International, Ltd., the intervenor. Plaintiff, Lincoln Group, LLC, filed an agency protest challenging this award on September 14, 2006. In response to the protest, the Government suspended contractor performance on September 15, 2006. On September 20, 2006, the Government overrode the automatic stay of performance.

On September 26, 2006, Plaintiff filed its complaint with this Court challenging the override and requesting a declaratory judgment invalidating the override. The agency protest was denied on September 27, 2006, finding that the award decision was not arbitrary and capricious, extinguishing both the stay and the override de jure, thereby rendering this action moot. On October 6, 2006, Plaintiff notified the Court that it would not pursue this action.

The Clerk is directed to dismiss this action as moot.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**