# In the United States Court of Federal Claims

**No. 06-672 C**
**Filed: October 18, 2006**

**LINCOLN GROUP, LLC.**
**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**and**

**SOS INTERNATIONAL, LTD.**
**Intervenor**

**JUDGMENT**

Pursuant to the court's Order, filed October 13, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, as moot.

Brian Bishop
Clerk of Court

October 18, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.